UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| TRAVIS B. GEE, | 1:16-CV-3020-FVS |
|---|---|
| Plaintiff, | |
| v. | ORDER REMANDING FOR FURTHER PROCEEDINGS |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**THE PARTIES** having jointly moved for remand; Now, therefore

**IT IS HEREBY ORDERED**:

1. The parties' "Stipulated Motion" (**ECF No. 18**) is **granted**.

2. The Administrative Law Judge's decision of August 8, 2014, is reversed and the matter is remanded for further proceedings as agreed upon by the parties.

3. "Plaintiff's Motion for Summary Judgment" (**ECF No. 13**) is **denied as moot**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, enter judgment accordingly, furnish copies to counsel, and close the case.

**DATED** this 20th day of April, 2017.

<u>s/Fred Van Sickle</u>
FRED VAN SICKLE
Senior United States District Judge

Order ~ 1